UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GUSTAVO CARDENAS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 17 C 8242 ) |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | ) Magistrate Judge Cox ) ) |
| Defendant. | ) ) |

## ORDER

This matter coming before the court on the agreed motion of the defendant to award EAJA fees, and the court being fully advised, it is hereby ORDERED as follows:

1. Plaintiff is awarded $7,400.00 (seven thousand four hundred dollars and zero cents) for attorney fees and expenses, and $0 (zero dollars) for costs, in full satisfaction of any and all claims for attorney fees and expenses, and costs that may be payable to plaintiff in this matter under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412; and

2. Any fees paid belong to plaintiff and not his attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). If defendant can verify that plaintiff does not owe a pre-existing debt to the government subject to the offset, defendant will direct that the award be made payable to plaintiff's attorney pursuant to the EAJA assignment duly signed by plaintiff and counsel.

E N T E R:

_____
United States Magistrate Judge, Susan E. Cox

Dated: 1/30/2019